with interest from the date of the report, and in that case the judgment as so reduced affirmed.

LEVI NICHOLS, *Respondent, v.* GEORGE DREW *et al., Appellants.* — Judgment and order of Special Term reversed and judgment ordered for defendant, Drew, on the demurrer, with costs of the demurrer and the appeal, with leave to the plaintiff to amend his complaint in twenty days on payment of costs. *Held*, that there is an improper joinder of causes of action, the first count being in tort and the second on contract, and the defect being specified in the demurrer.

JOHN CRANE and others, *Respondents, v.* HARVEY BENHAM, *Appellant.* — Judgment affirmed.

WALTER S. HUBBELL, *Respondent, v.* LEVI A. YOUNG, *Appellant, Impleaded, etc.* — Judgment reversed and new trial ordered, costs to abide event.

LOUISA G. JONES, *Respondent, v.* THOMAS J. KERR, *Appellant.* — Judgment reversed and new trial ordered before another referee, costs to abide event. *Held*, that the objection to the questions put to the defendant as a witness in his own behalf as to the intent with which he wrote the instrument in question, was improperly sustained. (*Thurston* v. *Cornell*, 38 N. Y., 281, and cases cited, page 287 ; *Kerrains* v. *The People*, 60 id., 221.) The subsequent answer of the witness relied upon by the plaintiff as curing the error, was not a full response to such questions.

HILAND H. KENDRICK, *Respondent, v.* THE CITY OF OSWEGO, *Appellant.* — Judgment affirmed.

CARL BUSCH, *Appellant, v.* THE BUFFALO CREEK RAILROAD COMPANY, *Respondent.* — Motion for reargument granted.

THE SAME *v.* THE SAME. — Motion to modify decision made at the last term and the order thereon denied, without costs.

IN THE MATTER OF THE APPLICATION OF GEORGE W. PHELPS, ETC., *v.* THE TRUSTEES AND ASSESSORS OF THE VILLAGE OF MT. MORRIS. — Motion to modify order of June term granted, as specifically asked for in notice of motion.

JAMES F. ANGEL, *Respondent, v.* JOHN FELT and others, *Appellants.* — Motion to dismiss appeal granted, with ten dollars costs.

HENRY J. WAGGONER, *Appellant, v.* MARY WALRATH, *as Executrix, etc., Respondent.* — Ordered, that the respondent have leave to enter an order of affirmance *nunc pro tunc* as of the January term, 1881, and that the appellant have leave to appeal therefrom to the Court of Appeals, on the ground that the case presents questions of law which ought to be reviewed by that court.

GEORGE A. COE, *Respondent, v.* DAVID BEARUP, *Appellant.* — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant pays said costs within twenty days, and by the twentieth day of November next serves printed papers, as required